# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

Tran Hien Thanh

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

v.

Case No. _____
(To be supplied by the Court)

Donald John Trump 45th and 47th U.S. President

Joe Biden 46th United States President

P. Montez

Teixeira

Court Clerk's Office staff

Full names of Defendant(s)
(Do not use *et al.*)

**A. PARTIES**

1. Tran Hien Thanh is a citizen of Viet Nam who
   (Plaintiff)                          (State)
presently resides at 74, Park Road, Ste 3, West Hartford, Connecticut, 06119, USA
                     (mailing address)

2. Defendant: Donald Trump 45th and 47th U.S. ~~President~~ President, State: New York

2. Defendant ~~Officer Teixeira, Badge #~~ is a citizen of ~~Connecticut~~
   (name of first defendant)                  (State)
whose address is ~~~~

Whose address is: U.S. President's official address: 1600, Pennsylvania Avenue NW, Washington, D.C. 20500, U.S. The White House

3. Defendant <u>Joe Biden 46th U.S. President</u> is a citizen of <u>Pennsylvania, City: Scranton</u>
    (name of second defendant)                                                         (State)

whose address is <u>USA</u>

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.) <u>: Please see 3     document attached</u>

## B. JURISDICTION
The jurisdiction of this court is invoked pursuant to: (list statute(s))

_____

_____

## C. NATURE OF THE CASE
**BRIEFLY** state the background of your case.

<u>One of the children whose live were ruined by United States of America and Killed by United States of America</u>

A. PARTIES

Plaintiff Documenter Original Signature: *Tranhuathed*

Plaintiff Documenter Print Full Name: Tran Hien Thanh

Plaintiff Documenter Date Sign: March, 12, 2025

Plaintiff Documenter Address: 74 Park Road, West Hartford State: Connecticut, 06119

Plaintiff Documenter Telephone Number: +1 (804) 397 4444

Plaintiff Number Documenter Attached Is: 3

4. (Defendant)
Name of third defendant: Officer: P. Montez, Badge #: 4448

Is a citizen of third defendant: City: San Jose

State of third defendant: California

Whose address of third defendant is: 201 W Mission St, San Jose, California, 95110

5. (Defendant)

1

A. PARTIES

Name of four defendant: Officer: Teixeira, Badge #: 496

Is a citizen of four defendant: City: West Hartford

State of four defendant: Connecticut

Whose address of four defendant is: 103 Raymond Road, West Hartford, Connecticut, 06107 

6. (Defendant)
Name of fifth defendant: Donald John Trump 45th and 47th U.S. President as The President of the United States

Is a citizen of fifth defendant: Queens County, New York City, U.S.

State of fifth defendant: New York

Whose address of fifth defendant is: Donald John Trump office at U.S. President's  Official address: 1600 Pennsylvania Avenue NW Washington, D.C. 20500 U.S.

Coordinates: 38°53'52"N 77°02'11"W

2   

A. PARTIES

7. (Defendant)
   Name of ~~four~~ (Six) defendant: Superior Court Clerk's Office staff

   Is a citizen of ~~four~~ (Six) defendant: Hartford

   State of ~~four~~ (Six) defendant: Connecticut

   Whose address of ~~four~~ (Six) defendant is: 95 Washington St, Hartford, Connecticut

   Zip code: 06106

8. (Defendant)
   Name of ~~fifth~~ (Seven TH) defendant: ~~Donald John Trump~~

   Is a citizen of ~~fifth~~ (Seven) defendant: 

   State of ~~fifth~~ (Seven) defendant: 

   Whose address of ~~fifth~~ (Seven) defendant is: 

3

D.Cause Of Action     or     D. COA (TH)

Plaintiff Documenter Original Signature: _Tran Hien Thanh_

Plaintiff Documenter Print Full Name: Tran Hien Thanh

Plaintiff Documenter Date Sign: March, 12, 2025

Plaintiff Documenter Address: 74, Park Road, Ste 3, West Hartford, Connecticut, Zip Code: 06119, USA

Plaintiff Documenter Telephone Number: +1 (804)-397-4444

Plaintiff Number Documenter Attached Is: 6

There for plaintiff Tran Hien Thanh want to sue Joe Biden 46th U.S. President abuse of presidential power to increase consumer demand. Then, use the estimated monthly spending index to strengthen Joe Biden 46th U.S. President position and Joe Biden 46th U.S. President personal reputation.

And

Donald Trump U.S. President-elect (from The AP) Because Donald Trump U.S. President-elect wanted to increase his( Donald Trump U.S. President-elect (from The AP) )chances of defeating his ( Donald Trump U.S. President-elect) political opponent is Joe Biden 46th U.S. President once and for all, even if Donald Trump U.S. President-elect could be President for the next four years.So Donald Trump U.S. President-elect was secretly issued a secret directive to mobilize The Pride

1

D. Cause Of Action

of The United States of America 🇺🇸 Marine Corps, Army, Navy, Air Force, Space Force and Coast Guard and his name is:Alan Okidn.To disrupt Security under Joe Biden 46th U.S. President, by beaten and strangled to death plaintiff Tran Hien Thanh to death, in order to take down his (His is mean Donald Trump U.S. President-elect) opponent is Joe Biden 46th U.S. President once and for all.

Donald John Trump Or Donald Trump (born June 14, 1946) is an American politician, media personality, and businessman who is the 47th president of the United States. A member of the Republican Party, he served as the 45th president from 2017 to 2021. Queens, New York City, U.S. Donald Jr.
On Saturday • Aug 31, 2024 • 6:06 PM: Donald Trump is U.S. President-elect (from The AP) and now The inauguration of Donald Trump as the 47th president of the United States took place on Monday, January 20, 2025. Due to freezing temperatures and high winds, it was held inside the United States Capitol rotunda in Washington, D.C., Donald Trump is 45th and 47th U.S. President located at: In The White House, US President's official address:1600 Pennsylvania Avenue NW Washington, D.C. 20500 U.S. , Coordinates:38°53′52″N 77°02′11″W .

Joe Biden's tenure as the 46th president of the United States began with his inauguration on January 20, 2021, and ended on January 20, 2025

The Biden administration got off to a strong start, issuing nearly 40 executive orders, memoranda, and presidential proclamations in its first 10 days.[1] Many addressed health issues. On Inauguration Day, the administration issued directives to block recent Trump regulations and remove roadblocks it had imposed to stall President Biden's agenda; on January 21, it announced 10 COVID-19 directives; and on January 28, it announced an executive order to strengthen Medicaid and the Affordable Care Act's (ACA) marketplaces, as well as a memorandum on women's health.

US President Joe Biden, with Vice President Kamala Harris (L), speaks before signing executive orders on health care, at the White House in Washington, DC, on January 28, 2021

Wednesday, July 24, 2024 at 5:55 PM:
California of United States of America 🇺🇸 under the United States of America 🇺🇸 Government and Joe Biden 46th U.S. President is about Joe Biden 46th U.S.

2



D. Cause Of Action

President AFFORDABLE HEALTHCARE Insurance, After Joe Biden 46th U.S. President introduced Joe Biden 46th U.S. President AFFORDABLE HEALTHCARE(Every American deserves the peace of mind that comes with affordable, high-quality health insurance. Thanks to President Biden's Inflation Reduction Act, millions of Americans are saving an average of $800 per year on health care premiums.), so the Police Department of San Jose California located at: 201 W Mission St, San Jose, California 95110, under The United States of America 🇺🇸 Government and Joe Biden 46th U.S. President with the responsibility to ensure laws are faithfully executed, help plaintiff Tran Hien Thanh Citizens from Other Countries is Viet Nam reach out to Joe Biden 46th U.S. President AFFORDABLE HEALTHCARE, by the way ( San Jose Police Department,one of the name: Officer P.Montez, Badge #:4448 was saying that "example: i said i gonna hit you, but i not actually do it yet, so with me San Jose Police Officer P.Montez/Badge #:4448 it's not a crime" And Officer P.Montez, Badge #:4448 knew that plaintiff Tran Hien Thanh lived in a beaten down area and Officer P.Montez, Badge #:4448 admitted it herself that Officer P.Montez, Badge #:4448 knew it.And the plaintiff showed Officer P.Montez, Badge #:4448 the video of the plaintiff being beaten, and the perpetrator also admitted it." But under The United States of America 🇺🇸 Government and Joe Biden 46th U.S. President with the responsibility to ensure laws are faithfully executed it's not a crime because AFFORDABLE HEALTHCARE

Saturday • Aug 31, 2024 • 6:06 PM: The result is:plaintiff Tran Hien Thanh was beaten and strangled to death by The Pride of The United States of America 🇺🇸 Marine Corps, Army,Navy, Air Force, Space Force and Coast Guard and his name is:Alan Okidn, Alan Okidn was said that, Alan Okidn is secretly under Donald Trump U.S. President-elect (from The AP) and United States of America 🇺🇸 Government  Comander to beaten and strangled plaintiff Tran Hien Thanh to death, in this walk side of the house, located at : 2649 Bon Bon Drive ,San Jose, California 95148 of United States of America 🇺🇸,with The Pride of The United States of America 🇺🇸 Teacher and her name is: Chi Mai Nguyen or Chi Mai Leste

Saturday • Aug 31, 2024 • 6:31 PM:But luckily plaintiff Tran Hien Thanh stepped out of the dead and came back to life after 20 minutes of fainting and had to go to the California State Regional Medical Center Emergency Room on Saturday • Aug 31, 2024 • 8:06 PM, located at: 225 N Jackson Ave, San Jose, California

3

D. Cause Of Action (TH)

95116 of United States of America 🇺🇸 in San Jose, under The United States of America 🇺🇸 Government and Joe Biden 46th U.S. President appointing heads of federal agencies, and acting as the head of state and Commander, Patient:TRAN,KEVIN, Account No: Q00860585426, Unit No: Q001369222, Location:EMERGENCY DEPARTMENT X2841, Physician:Klochkov,Anton DO, Date:08/31/24,Physician:Klochkov,Anton DO, ignored my injuries and I told them that I had just been murdered and they put me in 5150 hold and prepared to transfer me from the emergency room to the Mental Hospital and ignored what I said, what proof I showed.Because Physician:Klochkov,Anton DO was said that, Physician:Klochkov,Anton DO was Appointed by the Government and the President and were ordered to do so by United States of America 🇺🇸 Government and the President.

Appointed by the United States of America 🇺🇸 Government and the United States of America 🇺🇸 President. West Hartford Police department Located at: 103 Raymond Road, West Hartford, Connecticut, 06107

Saturday, February 22, 2025 at 9:15 PM: West Hartford Police department Located at: 103 Raymond Road, West Hartford, Connecticut, 06107, Police Officer:Teixeira, Badge #:496, V/M #:(860)570-8999 x87, Incident:25-8569 received one more of the incident video(Video Content about : Saturday • Feb 22, 2025 • 6:19 PM: The culprit: Ms Pham Thu Lan had implied to the plaintiff that the The culprit: Ms Pham Thu Lan would slit the plaintiff's throat if the blanket was touched by the plaintiff and the blanket was leave in the room plaintiff use to sleep and live in ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119)

Monday, February 24, 2025 at 2:37 PM: plaintiff Tran Hien Thanh was talking to West Hartford Police Officer:Velez,Badge #:502 V/M #:(860)570-8999 x87, Incident:25-8569 plaintiff request Police Officer:Velez,Badge #:502 tell West Hartford Police Officer:Teixeira, Badge #:496 to continue the case and Officer:Velez,Badge #:502 tell plaintiff Tran Hien Thanh that Officer:Teixeira, Badge #:496 is on review the incident video(Video Content about : Saturday •

4                                          TranHienThanh

D. Cause Of Action

Feb 22, 2025 • 6:19 PM: The culprit: Ms Pham Thu Lan had implied to the plaintiff that The culprit: Ms Pham Thu Lan would slit the plaintiff's throat if the blanket was touched by the plaintiff and the blanket was leave in the room plaintiff use to sleep and live in ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119) and will continue on if any crime was made,plaintiff Tran Hien Thanh wait for the answer.

Wednesday, February 26, 2025 at 6:35 PM:plaintiff Tran Hien Thanh come to West Hartford Police department Located at: 103 Raymond Road, West Hartford, Connecticut, 06107 to talk to Police Officer:Teixeira, Badge #:496, V/M #:(860)570-8999 x87, Incident:25-8569 and Police Officer:Teixeira, Badge #:496 said: Police Officer Teixeira don't see any crime was make on the video(Video Content about : Saturday • Feb 22, 2025 • 6:19 PM: The culprit: Ms Pham Thu Lan had implied to the plaintiff that The culprit: Ms Pham Thu Lan would slit the plaintiff's throat if the blanket was touched by the plaintiff and the blanket was leave in the room plaintiff use to sleep and live in ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119)plaintiff Tran Hien Thanh can't do anything more than come back to the store and live and sleep in Beware

The police report includes video, photos, and clear time and location.
The police report:West Hartford Police
Location: 103 Raymond Road, West Hartford, Connecticut, 06107
Officer:Teixeira
Badge #:496
V/M #:(860)570-8999 x87
Incident:25-8569

Thursday • Dec 5, 2024 • 5:27 PM: The culprit: Ms Pham Thu Lan or Thu Lan T Pham said: So much choice for the customer sometimes is a difficult task ,do you

5

## D. Cause Of Action

know plaintiff Tran Hien Thanh,while him working in ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119 ?

Tuesday • Dec 10, 2024 • 5:49 PM: Thu Lan T Pham knew who had the keys to the store and Thu Lan T Pham knew that if the plaintiff was live and sleep in ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119, there were possibilities of threats from Ms Pham Thu Lan family, the plaintiff told the culprit.: Ms Pham Thu Lan today.And has been personally accepted by the defendant as having heard and understood.

Tuesday • Dec 10, 2024 • 5:56 PM: plaintiff require Ms Pham Thu Lan to signal Ms Pham Thu Lan family that the plaintiff is in the ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119.

Wednesday • Dec 11, 2024 • 6:41 PM: Salary for plaintiff work at my ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119, is 30% over 100%, of course Ms Pham Thu Lan get 70% every customer plaintiff serve

Thursday • Dec 12, 2024 • 6:04 PM: Ms Pham Thu Lan agreed to notify Ms Pham Thu Lan family that the plaintiff was in the ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119, from Tuesday • Dec 10, 2024 • 5:56 PM but did not notify until Thursday • Dec 12, 2024 • 6:04 PM and after that until Ms Pham Thu Lan and Ms Pham Thu Lan husband have no more choice to act like Ms Pham Thu Lan husband don't know that the plaintiff is in the store

Friday • Feb 21, 2025 • 5:26 PM: Ms Pham Thu Lan made a joke of the conditions of the ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119, in the middle of the Cold West Hartford Winter and then forced Plaintiff to leave the ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119 immediately and told Plaintiff that her previous help in cleaning the ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119 to pay for the rent that the plaintiff live and sleep in the ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119, was all just an excuse to get Plaintiff a job.

6

## D. Cause Of Action

Saturday • Feb 22, 2025 • 6:19 PM: Ms Pham Thu Lan had implied to the plaintiff that Ms Pham Thu Lan would slit the plaintiff's throat if the blanket was touched by the plaintiff and the blanket was leave in the room plaintiff use to sleep and live in ThuLan Nail Retreat store located at:74 Park Rd Ste 3, West Hartford, Connecticut, zip code: 06119

Monday • Feb 24, 2025 • 3:09 PM: Ms Pham Thu Lan is a possible suspect in the previous murder case of the plaintiff victims in San Jose, California and is awaiting resolution by the California Supreme Court, has not yet received a response from the California judge and the case continues to be on held make by the judge, judge was try to Ignore the show of plaintiff.

Monday • Feb 24, 2025 • 5:40 PM: Ms Pham Thu Lan hinted to the plaintiff that it would be self-defense to kill Script against the plaintiff or call the police if the plaintiff was still in the store with the defendant after 3 days.

(TH) Trauhthur

February /28/2025: Superior Court Clerk's Office staff do not let the plaintiff file a lawsuit

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** _____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

Please (TH) See 7 (TH) document attached, Total 10 document attached for A. PARTIES and D. Cause Of Action

**Claim II:** _____

_____

Supporting Facts: Attached (TH) in D. Cause of Action

3

### E. REQUEST FOR RELIEF
WHEREFORE, plaintiff demands: (state the relief you seek)

I want to be an Infantryman TH and I'm as plaintiff Tran Hien Thanh request claim for money, Mine California Driver License is: DL W8985154, EXP 06/03/2029, DOB 06/03/2005

### F. JURY DEMAND

Do you wish to have a jury trial? (Yes)    No

_[signature]_

_____  _____
Original signature of attorney (if any)   **Plaintiff's Original Signature**

_____  Tran Hien Thanh
Printed Name              Printed Name

Plaintiff's address: Street number: 74, Street: Park Road, Store: Thulan Nail Retreat Nail Salon Ste 3, ~~[illegible]~~ City: West Hartford, State: Connecticut, Zip Code: 06119

( )                        Telephone: +1 (804)-397-4444
Attorney's full address and telephone   Plaintiff's full address and telephone

Email address if available   Email address if available
                             20820ZSZTTZZF[TH]@Gmail.Com    or

                             20820ZSZTTZZF@Gmail.Com

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at Hartford, Connecticut, 06103 on March, 12, 2025.
           (location)                      (date)

Executed Location: 450 Main Street, Hartford, Connecticut, 06103

_[signature]_
**Plaintiff's Original Signature**

(Rev.3/29/16)

5